G. DAVID ROBERTSON
State Bar No. 111984
ROBERTSON & BENEVENTO
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No. (775) 329-5600

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SQUAW VALLEY DEVELOPMENT COMPANY; SQUAW VALLEY SKI CORPORATION; and SQUAW VALLEY PRESERVE,<br><br>                Plaintiffs,<br><br>       vs.<br><br>HAROLD SINGER, individually; MARTIN GOLDBERG, individually; and DOES 1 through 20, inclusive,<br><br>                Defendants. | Case No. CIV. S-01-2031 WBS/GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between all Plaintiffs and all Defendants, by and through their undersigned counsel, that the within action shall hereby be dismissed with prejudice, each party to assume and pay his or its own Court costs and attorneys' fees.

//
//
//
//
//

Robertson & Benevento
50 W. Liberty Street
Suite 600
Reno, Nevada 89501

1

Dated this 23rd day of September, 2005.

| | |
|---|---|
| ROBERTSON & BENEVENTO<br>50 West Liberty Street, Suite 600<br>Reno, Nevada 89501<br>(775) 329-5600 | BILL LOCKYER<br>  Attorney General of the State of Cal.<br>THEODORA BERGER<br>  Senior Assistant Attorney General<br>MATTHEW LINTNER<br>  Deputy Attorney General<br>JANILL RICHARDS<br>  Deputy Attorney General |
| By: _____<br>G. David Robertson, Esq.<br>Attorneys for Plaintiffs | By: _____<br>G. Lynn Thorpe, Esq.<br>Deputy Attorney General<br>Attorneys for Defendants |

## **ORDER**

IT IS SO ORDERED.

Dated: September 26, 2005.            _____
                                                            UNITED STATES DISTRICT JUDGE